# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Gregory Lee Landry
Acadian Legal Service Corp.
P. O. Box 4823
Lafayette LA 70502-4823

**REHEARING ACTION: February 1, 2012**

**Docket Number: 11   00365-CA**

**KAYLA TRAHAN, INDIV., ETC.**
**VERSUS**
**2010 BENGLIS, L.L.C., ET AL.**

**Appealed from Calcasieu Parish Case No. 20105259**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kayla Trahan** has this day been

    **DENIED.**
    Cooks, J., would grant rehearing.

cc: Lee Watkins Boyer, Counsel for the Appellee